UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED ANTHONY WINTERER,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS<br><br>Defendant. | NO: 4:16-CV-5011-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed March 7, 2016, the Court instructed Plaintiff, a prisoner at the Washington State Penitentiary, to either pay the $400.00 fee ($350.00 filing fee plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914, or to submit a certified copy of his six month inmate trust account statement as required by 28 U.S.C. § 1915(a), ECF No. 4.  Plaintiff did not comply with the Court's directive and has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

1  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

2  Order, enter judgment, forward copies to Plaintiff and CLOSE the file. The Court

3  certifies any appeal of this dismissal would not be taken in good faith.

4  **DATED** this 25th day of April, 2016.

5

6                            *s/ Rosanna Malouf Peterson*
                             ROSANNA MALOUF PETERSON

7                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21